## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KATIANA SOENEN, TAJA HIRATA-EPSTEIN, CHLOE BURNS, EMMA DENNIS-KNIERIEM, JANE DOES 1-2, individually and on behalf of all others similarly situated,<br><br>      *Plaintiffs,*<br><br>  v.<br><br>BROWN UNIVERSITY,<br><br>      *Defendant.* | CLASS ACTION<br><br>C.A. No. 1:21-cv-00325-JJM-PAS<br><br>Jury Trial Demanded |

## MOTION OF PLAINTIFFS JANE DOE 1 AND JANE DOE 2 TO PROCEED UNDER PSEUDONYM

For the reasons stated in the accompanying Memorandum of Law in Support of the Motion of Plaintiffs Jane Doe 1 and Jane Doe 2 to Proceed Under Pseudonym, Exhibit A (Declaration of Jane Doe 1), and Exhibit B (Declaration of Jane Doe 2), Plaintiffs Jane Doe 1 and Jane Doe 2 respectfully request that this Court entering an Order allowing them to proceed in the above-captioned action under the pseudonyms "Jane Doe 1" and "Jane Doe 2."

## ORAL ARGUMENT

In accordance with Local Rule Cv 7(c), Plaintiffs do not seek oral argument unless the Court deems it necessary. Plaintiffs estimate no more than one hour would be necessary.

Respectfully submitted,

Dated: February 4, 2022

*/s/ Kimberly A. Evans*
**GRANT & EISENHOFER P.A.**
Kimberly A. Evans (*Pro Hac Vice*)
Samuel Mukiibi (*Pro Hac Vice*)
Carla Agbiro (*Pro Hac Vice*)
123 Justison Street
Wilmington, DE 19801
Tel: (302) 622-7000
kevans@gelaw.com
smukiibi@gelaw.com
cagbiro@gelaw.com

**GRANT & EISENHOFER P.A.**
M. Elizabeth Graham (*Pro Hac Vice*)
101 California Street, Suite 2710
San Francisco, CA 94111
Tel:  (415) 365-9585
egraham@gelaw.com

**GRANT & EISENHOFER P.A.**
Karin Fisch (*Pro Hac Vice*)
485 Lexington Avenue, 29th Floor
New York, NY 10017
Tel:  (646) 722-8512
kfisch@gelaw.com

**SALTZ MONGELUZZI AND BENDESKY**
Elizabeth A. Bailey (*Pro Hac Vice Forthcoming*)
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Tel: 215-575-3859
ebailey@smbb.com

**LAW OFFICES OF PATRICIA E. ANDREWS**
Patricia E. Andrews
38 N. Court Street
Providence, RI 02903
Tel:  (401) 421-0966
peandrews@verizon.net

*ATTORNEYS FOR PLAINTIFFS AND THE PROPOSED CLASS*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of MOTION OF PLAINTIFFS JANE DOE 1 AND JANE DOE 2 TO PROCEED UNDER PSEUDONYM was filed and served electronically through the Court's CM/ECF system on the following counsel of record:

Steven M. Richard (4403)
Nixon Peabody LLP
One Citizens Plaza, Suite 500
Providence, RI  02903
srichard@nixonpeabody.com
*Counsel for Defendant, Brown University*

By:   */s/ Kimberly A. Evans*
           Kimberly A. Evans

Dated: February 4, 2022