# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**TAJA HIRATA-EPSTEIN,**
    **Plaintiff,**

    v.                                    C.A. No. 23-47 JJM

**BROWN UNIVERSITY,**
    **Defendant.**

## JUDGMENT

[   ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ **X** ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendant Brown University and against Plaintiff Taja Hirata-Epstein pursuant to the Memorandum and Order entered on March 14th, 2025 by this Court.

                                                                       Enter:

                                                                       /s/ Ryan H. Jackson
                                                                       Deputy Clerk

Dated: March 14, 2025